UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SEGUNDO SAQUIPULLA, on behalf of himself
and others similarly situated,

Docket No.: 13-CV-8023
(CM)

Plaintiff,

-against-

JUICE GENERATION INC., JUICE GENERATION CAFÉ GROUP, INC., JUICE GENERATION 2 INC., JUICE GENERATION 3 INC., JUICE GENERATION 4 INC., JUICE GENERATION 5 INC., JUICE GENERATION 6 INC., JUICE GENERATION 7 INC., JUICE GENERATION 8 INC., JUICE GENERATION 9 INC., JUICE GENERATION 10 INC., and ERIC HELMS,

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE PURSUANT TO RULE 41(a)**

Defendants.
-----------------------------------------------------------------x

8/29/14

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice pursuant to Rule 41(a) of the F.R.C.P., without costs to either party as against the other.

C.K. Lee, Esq.
**Lee Litigation Group, PLLC**
Attorneys for the Plaintiff
30 E 39th Street
New York, NY 10016
(212) 465-1188

Michael A. Miranda, Esq.
**Miranda Sambursky Slone Sklarin Verveniotis LLP**
Attorneys for the Defendants
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676

SO ORDERED: _____
U.S.D.J. Colleen McMahon

Dated: August 29, 2014